FAITH TABERNACLE OF GLASTONBURY, INC. v.
PLANNING AND ZONING COMMISSION OF THE
TOWN OF EAST HARTFORD

The defendant's petition for certification for appeal from the Court of Common Pleas in Hartford County is denied.

*Lester S. Fleish*, assistant corporation counsel, in support of the petition.

*Howard M. Wood III*, in opposition.

Submitted March 10—decided March 24, 1976

GUNHILD SEMPEY v. FREDERICK LENZ, JR., ET AL.

The plaintiff's "Motion for Permission to File Typewritten Briefs and Appendices and for Order that Plaintiff Shall Not Have to Bear the Expense of Subsequent Printing" in the appeal from the Superior Court in Fairfield County at Stamford is granted to the extent that permission is given her to file typed copies of her brief and appendix so long as they are clearly legible and she complies with the other requirements of §§ 723 and 724 of the Practice Book, as amended.

*John M. Boesen*, in support of the motion.

Submitted March 15—decided March 24, 1976

JOHN SPEERS v. HENRY C. WHITE, WELFARE
COMMISSIONER

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted unless the plaintiff files a specific assignment of errors on or before April 19, 1976, in accordance with § 628A of the Practice Book.

*Michael A. Arcari,* assistant attorney general, for the appellee (defendant).

*Jackson T. King,* for the appellant (plaintiff).

Argued April 6—decided April 6, 1976

ROBERT SPEERS *v.* HENRY C. WHITE, WELFARE COMMISSIONER

The defendant's motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted unless the plaintiff files a specific assignment of errors on or before April 19, 1976, in accordance with § 628A of the Practice Book.

*Michael A. Arcari,* assistant attorney general, for the appellee (defendant).

*Jackson T. King,* for the appellant (plaintiff).

Argued April 6—decided April 6, 1976

GEORGE SPEERS *v.* HENRY C. WHITE, WELFARE COMMISSIONER

The defendant's motion to dismiss the apppeal from the Court of Common Pleas in New Haven County is granted unless the plaintiff files a specific assignment of errors on or before April 19, 1976, in accordance with § 628A of the Practice Book.

*Michael A. Arcari,* assistant attorney general, for the appellee (defendant).

*Jackson T. King,* for the appellant (plaintiff).

Argued April 6—decided April 6, 1976